IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNIVALOR TRUST, SA and FORVEST FINANCIAL SERVICES CORP., <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA PETROLEUM, LLC, COLUMBIA INTERNATIONAL, LLC, ALABAMA ENERGY HOLDINGS II, LLC, BENJAMIN ENERGY HOLDINGS II, LLC, OCCIDENTAL ENERGY PARTNERS, INC., and CHESTER F. ENGLISH, III, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    CIVIL ACTION NO. 15-414 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## PLAINTIFFS' MOTION TO EXCLUDE

COME NOW Plaintiffs Univalor Trust, SA and Forvest Financial Services Corp. and move the Court to exclude from its consideration Defendants' Consolidated Reply to Plaintiffs' Response to Motion to Dismiss (Doc. 51) and Exhibits 3-4 thereto (Docs. 51-3 and -4) pursuant to the Southern District of Alabama's Civil Local Rule 7 and Rule 12 of the Federal Rules of Civil Procedure. In support thereof, Plaintiffs state as follows:

Defendants filed an 18-page reply to Plaintiffs' response to Defendants' Motions to Dismiss in violation of the mandate in Rule 7 of the Southern District's Local Rules, which states in pertinent part, "[R]eply briefs must not exceed fifteen (15) pages." S.D. Ala. CivLR 7(e); Doc. 51. "No brief exceeding these page limitations may be filed unless the Court has previously granted leave to file a brief in excess of these limits." S.D. Ala. CivLR 7(e). Defendants moved the Court for additional time to reply to Plaintiffs' response (Doc. 48), but that motion did not include a request for permission to exceed the limitations imposed by the District Court's Civil Local Rules, nor has any other motion reflected in the record made that request. Consequently, no order of leave has been entered that would allow the filing of Defendants' reply.

Further, Defendants argue that 1) there is no valid and enforceable settlement agreement, but conversely 2) the settlement agreement created a trust that made Plaintiffs de facto parties to a state court action because of the appearance therein of a trustee. Doc. 51, pp. 9-15. In support of this conflated assertion, Defendants filed the settlement agreement at issue, but also filed two additional exhibits in violation of Fed. R. Civ. P. 12(b)(1). Record documents 51-3 and -4 are Circuit Court filings in the Conecuh County quiet title action Defendants have attempted to inject into the Court's analysis of the sufficiency of Plaintiffs' federal court pleadings. As pointed out in Plaintiffs' Rule 12 response (Doc. 46),

the facial challenge made in Defendants' motions filed under Rule 12(b)(1) (Docs 32-37) prevents the consideration of disputed materials that are extraneous to the complaint. Doc. 46, p. 2, note 2; p. 16.  Exhibits 3 and 4 to Defendants' reply meet this description and should, therefore, be excluded from the Court's Rule 12(b)(1) deliberative process.

The impermissible exhibits to Defendants' reply brief, and the improperly-filed reply itself, should be accorded the weight they deserve within the Court's analysis: none. They are improper, prejudicial, immaterial and due to be omitted from the Court's consideration of the merits of Defendants' arguments set forth in the pending Rule 12 motions and briefs in support.

WHEREFORE, the premises considered, Plaintiffs respectfully request that the Court exclude Defendants' Consolidated Reply to Plaintiffs' Response to Motion to Dismiss (Doc. 51), and Exhibits 3-4 thereto (Docs. 51-3 and -4), from consideration during its disposition of Defendants' Rule 12 Motions to Dismiss (Docs. 32-37).

    Respectfully submitted,

    */s/ Dorothy A. Barker*
    MICHAEL E. UPCHURCH (UPCHM2707)
    DOROTHY A. BARKER (PERRD2599)
    *Attorneys for Plaintiffs Univalor Trust, SA and Forvest Financial Services Corp.*

**OF COUNSEL:**
FRAZER GREENE UPCHURCH & BAKER, L.L.C.
Post Office Box 1686
Mobile, Alabama 36633
(251) 431-6020 (Telephone)
(251) 431-6030 (Facsimile)
meu@frazergreene.com
dab@frazergreene.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2015 the foregoing has been electronically filed utilizing the Court's CM/ECF System, and/or served via United States Mail, postage prepaid and properly addressed to the following counsel of record:

Rudene B. Crowe, Esq.  
RUDENE B. CROWE, LLC  
P.O. Box 8846  
Mobile, AL  36689-8846  

Mark J. Upton, Esq.  
DANIELL UPTON & PERRY, P.C.  
30421 State Highway 181  
Daphne, AL  36527  

John Walter Sharbrough, III, Esq.  
SHARBROUGH LAW  
114 Eaton Square  
Mobile, AL  36608-1936  

                         */s/ Dorothy A. Barker*  
                         COUNSEL