IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNIVALOR TRUST, SA, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action No. 15-0414-KD-C |
| COLUMBIA INTERNATIONAL, LLC, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 24, 2015(doc. 63) is **ADOPTED** as the opinion of this Court. Accordingly, the defendants' motions to dismiss (Docs. 32, 34-35 & 37) are **DENIED**.

**DONE** this 16th day of December 2015.

s/ Kristi K. DuBose
**UNITED STATES DISTRICT JUDGE**