# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNIVALOR TRUST, SA, et al.,** | : | |
| Plaintiffs, | : | |
| vs. | : | CA 15-0414-KD-C |
| **COLUMBIA PETROLEUM LLC, et al.,** | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 20, 2016 is **ADOPTED** as the opinion of this Court.

Accordingly, the motion to dismiss (doc. 135) is GRANTED and Counts Two and Three of the counterclaim (doc. 121) are dismissed with prejudice.

**DONE** this 10th day of January 2017.

       s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**